**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
300 North Hogan Street, 9-150
Jacksonville, Florida 32202
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Sue Rigan,
Jacksonville Division Manager
(904) 549-1900

June 6, 2007

Clerk, U.S. District Court

District of Northern District of California

Clerk's Office

Phillip Burton United States Courthouse 16th Floor

450 Golden Gate Avenue San Francisco, CA 94102-3434

C 07   3055

MMC

FILED

JUN 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   Transfer of Civil Case Number: **3:07-cv-324-J-32MCR**

Dear Sir or Madam:

Pursuant to this Court's Order [Doc. 18] of June 6, 2007 transferring the above-referenced case to your district, we are transmitting herewith a certified copy of the docket entries and CMECF Instruction Sheet to access our website. Please acknowledge receipt on the enclosed copy of this letter and return same in the envelope provided herein. Thank you for your cooperation.

Sincerely,

SHERYL L. LOESCH , CLERK

By:___Patricia A. Morawski_____

Deputy Clerk

Receipt is acknowledged of the documents described herein.

**NEW CASE NUMBER:**_____

**DATE OF RECEIPT:**_____

Clerk, U.S. District Court

By:_____

Deputy Clerk

# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00324-TJC-MCR
### Internal Use Only

| | |
|---|---|
| Washington Mutual Bank v. United Capital Group, Inc. | Date Filed: 04/20/2007 |
| Assigned to: Judge Timothy J. Corrigan | Date Terminated: 06/06/2007 |
| Referred to: Magistrate Judge Monte C. Richardson | Jury Demand: None |
| Case in other court: 4th Judicial Circuit Duval County, Florida, 16-02007-CA-002625 | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |
| Cause: 28:1446 Notice of Removal | |

**Plaintiff**

**Washington Mutual Bank**
*a federal savings bank, as successor at law to Long Beach Mortgage Company*

represented by **Michael Robert Cavendish**
Gunster, Yoakley & Stewart, P.A.
550 Water St., Suite 941
Jacksonville, FL 32202
904/354-1980
Email: mcavendish@gunster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael W. Marcil**
Gunster, Yoakley & Stewart, PA
500 E. Broward Blvd., Suite 1400
Broward Financial Ctr.
Ft. Lauderdale, FL 33394-4636
954/468-1385
Fax: 954/523-1722
Email: mmarcil@gunster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United Capital Group, Inc.**
*a California corporation*
*doing business as*
California Mortgage Group
*also known as*
California Mortgage Group, Inc.

represented by **Gregory B. Allen**
Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32802-3791
904/470-0002
Fax: 904/493-6166
Email: gallen@addmg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED A TRUE COPY
SHERYL L LOESCH, CLERK
U.S. DISTRICT COURT
By: [signature]
Deputy Clerk

Stephen D. Milbrath
Allen, Dyer, Doppelt, Milbrath &
Gilchrist, P.A.
255 S. Orange Ave., Suite 1401
P.O. Box 3791
Orlando, FL 32802-3791
407/841-2330
Fax: 407-841-2343
Email: smilbrath@addmg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2007 | 1 | NOTICE OF REMOVAL from 4th Judicial Circuit Duval County, Florida, case number 16-2007-CA-002625 filed in State Court on 3/28/2007. Filing fee $ 350.00, receipt number J25697 filed by United Capital Group, Inc. (PAM ) (Entered: 04/23/2007) |
| 04/20/2007 | 2 | COMPLAINT against United Capital Group, Inc. (Filing fee $ 350.00 receipt number J25697) filed by Washington Mutual Bank.(PAM ) (Entered: 04/23/2007) |
| 04/20/2007 | 3 | MOTION for short extension of time to file responsive pleadings, including motion to dismiss for lack of personal jurisdiction by United Capital Group, Inc. (PAM ) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 04/23/2007) |
| 04/23/2007 | 4 | AMENDED STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 5/25/2005. (PAM ) (Entered: 04/23/2007) |
| 04/24/2007 | 5 | ORDER granting 3 Motion for Extension of Time to File Response. Defendant's response due by 5/4/2007. Signed by Judge Monte C. Richardson on 4/24/2007. (LGH) (Entered: 04/24/2007) |
| 04/25/2007 | 6 | NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 4/25/2007. (JMAP, ) (Entered: 04/25/2007) |
| 04/27/2007 | 7 | NOTICE by United Capital Group, Inc. re 6 Related case order and notice of designation of track 2 -- *Notice of Service of Notice of Designation Under Local Rule 3.05* (Milbrath, Stephen) (Entered: 04/27/2007) |
| 04/30/2007 | 8 | AMENDED COMPLAINT against United Capital Group, Inc. filed by Washington Mutual Bank. Related document: 2 Complaint filed by Washington Mutual Bank.(Cavendish, Michael) Modified on 4/30/2007 (PAM )(Counsel notified to refile) (Entered: 04/30/2007) |
| 04/30/2007 | 9 | AMENDED COMPLAINT against United Capital Group, Inc. filed by Washington Mutual Bank. Related document: 8 Amended complaint filed by Washington Mutual Bank.(Cavendish, Michael) (Entered: |

| | | |
|---|---|---|
| | | 04/30/2007) |
| 05/04/2007 | 10 | MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue or, Alternatively, to Transfer to Northern District of California* by United Capital Group, Inc.. (Attachments: # 1 Exhibit Declaration in support of Motion to Dismiss# 2 Exhibit Complaint and Amended Complaint# 3 Exhibit Declaration in support of Motion to Dismiss)(Allen, Gregory) (Entered: 05/04/2007) |
| 05/09/2007 | 11 | NOTICE by Washington Mutual Bank *Unavailability* (Cavendish, Michael) (Entered: 05/09/2007) |
| 05/09/2007 | 12 | CERTIFICATE of interested persons and corporate disclosure statement re 6 Related case order and notice of designation of track 2 by Washington Mutual Bank. (Cavendish, Michael) (Entered: 05/09/2007) |
| 05/14/2007 | 13 | First MOTION for Extension of Time to File Response/Reply by Washington Mutual Bank. (Cavendish, Michael) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 05/14/2007) |
| 05/15/2007 | 14 | ORDER shortening time for Defendant to respond to Plaintiff's 13 Motion for Extension of Time to File Response/Reply. Defendant's response is due no later than 5/15/07. Signed by Judge Monte C. Richardson on 5/16/2007. (LGH) (Entered: 05/15/2007) |
| 05/15/2007 | 15 | REPLY to response to motion re 13 First MOTION for Extension of Time to File Response/Reply *Defendants' Opposition to Plaintiffs' Motion for Extension of Time to Respond to Motion to Dismiss or Transfer* filed by United Capital Group, Inc.. (Allen, Gregory) (Entered: 05/15/2007) |
| 05/15/2007 | | (Court only) ***Set deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue or, Alternatively, to Transfer to Northern District of California*. Responses due by 5/16/2007 (PAM ) (Entered: 05/16/2007) |
| 05/16/2007 | | (Court only) ***Deadlines terminated. response to motion set for 5/16/2007 cancelled. (PAM ) (Entered incorrectly) (Entered: 05/16/2007) |
| 05/21/2007 | 16 | ORDER granting 13 Motion for Extension of Time to File Response. Plaintiff's response is due no later than 6/6/07. Signed by Judge Monte C. Richardson on 5/17/2007. (LGH) (Entered: 05/21/2007) |
| 05/21/2007 | | (Court only) *** Reset deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue or, Alternatively, to Transfer to Northern District of California*. Responses due by 6/6/2007 (PAM ) (Entered: 05/21/2007) |
| 06/04/2007 | 17 | Joint MOTION to change venue *and Stipulation to Transfer* by Washington Mutual Bank. (Cavendish, Michael) (Entered: 06/04/2007) |
| 06/06/2007 | 18 | ORDER finding as moot 10 Motion to Dismiss/Motion to Transfer; granting 17 Motion & Stipulation for Transfer of Venue; transferring case to N.D. Cal.; directing Clerk to close the file following transfer. |

| | | |
|---|---|---|
| | | Signed by Judge Timothy J. Corrigan on 6/6/2007. (SRW) (Entered: 06/06/2007) |
| 06/06/2007 | ◉19 | TRANSFER to the District of Northern District of California, Clerk's Office, Phillip Burton United States Courthouse 16th Floor 450 Golden Gate Avenue San Francisco, CA 94102-3434 (PAM ) (Sent certified docket sheet and CMECF Instruction Sheet) (Entered: 06/06/2007) |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WASHINGTON MUTUAL BANK,
etc.,

        Plaintiff,

vs.                                          Case No. 3:07-cv-324-J-32MCR

UNIFIED CAPITAL GROUP, INC.,
etc.,

        Defendant.
_____

## ORDER

Upon consideration of the parties' Joint Motion and Stipulation for Transfer of Venue (Doc. 17), the Court agrees that it is in the interest of justice to transfer this case to the Northern District of California. Accordingly, it is hereby

**ORDERED**:

1.    The parties' Joint Motion and Stipulation for Transfer of Venue (Doc. 17) is **GRANTED**.

2.    Pursuant to 28 U.S.C. § 1404(a), the Clerk is directed to transfer this case to the Northern District of California, San Francisco Division.

3.    Upon the parties' stipulation (Doc. 17 at ¶14), Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, Alternatively, to Transfer to the Northern District of California (Doc. 10) is now **MOOT**.

4.    Following transfer, the Clerk shall close this file.

CERTIFIED A TRUE COPY
SHERYL L LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of June, 2007.

*Timothy J. Corrigan*
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record
Clerk of Court, Northern District of California, San Francisco Division

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 6/6/2007 at 12:09 PM EDT and filed on 6/6/2007
**Case Name:** Washington Mutual Bank v. United Capital Group, Inc.
**Case Number:** 3:07-cv-324
**Filer:**
**Document Number:** 18

**Docket Text:**
ORDER finding as moot [10] Motion to Dismiss/Motion to Transfer; granting [17] Motion & Stipulation for Transfer of Venue; transferring case to N.D. Cal.; directing Clerk to close the file following transfer. Signed by Judge Timothy J. Corrigan on 6/6/2007. (SRW)


**3:07-cv-324 Notice has been electronically mailed to:**
Stephen D. Milbrath smilbrath@addmg.com, clerk@addmg.com, mleavy@addmg.com
Michael Robert Cavendish mcavendish@gunster.com
Michael W. Marcil mmarcil@gunster.com, rbolduc@gunster.com
Gregory B. Allen gallen@addmg.com, clerk@addmg.com, glofton@addmg.com

**3:07-cv-324 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=6/6/2007] [FileNumber=4267375-0]
[17c6bc0053663e700f43b57e55ed6bc81614957d3d8054b7659acf41e68692ef2de5
b7581c736ec0b98949a3aa458cfac08ebc3bbd5c3e6efe1a66362f14a097]]

District of Northern District of California
Clerk's Office
Phillip Burton United States Courthouse
16th Floor 450 Golden Gate Avenue
San Francisco, CA 94102-3434

Case 3:07-cv-03055-MMC    Document 1-2    Filed 06/12/2007    Page 9 of 19