

**ORIGINAL**

Clerk's Use Only
Initial for fee paid

FILED
07 JUN 32 PM 12: 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUL -2 PM 2: 00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MICHAEL CAVENDISH
   550 Water Street, Suite 941
2  Jacksonville, FL 32202
   Tel:   (904) 354-3387
3  Fax:   (904) 354-2170
   mcavendish@gunster.com
4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | WASHINGTON MUTUAL BANK,        | Case No. C-07-03055 MMC
   | a federal savings bank,        |
11 |                                |
   |              Plaintiff,        | **APPLICATION FOR ADMISSION OF**
12 |                                | **ATTORNEY *PRO HAC VICE***
   |     v.                         |
13 |                                |
   | UNITED CAPITAL GROUP, INC., et al., |
14 |                                |
   |              Defendant(s).     |
15

16     Pursuant to Civil Local Rule 11-3, Michael Cavendish, an active member in good

17 standing of the bar of Florida, hereby applies for admission to practice in the Northern District of

18 California on a *pro hac vice* basis representing Plaintiff WASHINGTON MUTUAL BANK in

19 the above-entitled action.

20     In support of this application, I certify on oath that:

21     1.   I am an active member in good standing of a United States Court or of the highest

22          court of another State or the District of Columbia, as indicated above;

23     2.   I agree to abide by the Standards of Profession Conduct set forth in Civil Local

24          Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

25          become familiar with the Local Rules and the Alternative Dispute Resolution

26          programs of this Court; and

27     3.   An attorney who is a member of the bar of this Court in good standing and who

28          maintains an office within the State of California has been designated as co-

---

Clerk's Use Only
Initial for fee paid:

1     counsel in the above-entitled action. The name, address and telephone number of
2     that attorney is:

        Noel C. Johnson
        First Vice President and Senior Counsel
        WASHINGTON MUTUAL BANK
        201 Mission Street, 12th Floor
        Mail Stop CSSF112
        San Francisco, CA 94105
        Tel:   (415) 278-4527

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2007

MICHAEL CAVENDISH

Attorney for Plaintiff,
WASHINGTON MUTUAL BANK

-2-

::ODMA\PCDOCS\DOCSCAL\201729\1

*PRO HAC VICE* APPLICATION