ORIGINAL

1  NOEL C. JOHNSON, ESQ. (SBN 175397)
   Office of the General Counsel
2  WASHINGTON MUTUAL BANK
   201 Mission Street, 12th Floor
3  Mail Stop CSSF112
   San Francisco, CA 94105
4  Tel:  (415) 543-0404
   Fax:  (415) 278-6012
5
   Attorneys for Plaintiff,
6  WASHINGTON MUTUAL BANK

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 WASHINGTON MUTUAL BANK,            Case No. C-07-03055 MMC
   a federal savings bank,
11
              Plaintiff,              **PROOF OF SERVICE**
12
      v.
13
   UNITED CAPITAL GROUP, INC., et al.,
14
              Defendant(s).
15

16

17    I am employed in the County of San Francisco, State of California. I am over the age of

18 18 and not a party to the within action; my business address is 201 Mission Street, 12th Floor,

19 Mail Stop CSSF112, San Francisco, California 94105.

20    On July 2, 2007, I served the foregoing documents described as:

21    1.   APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*;
      2.   [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
22         OF ATTORNEY *PRO HAC VICE*; and
      3.   PROOF OF SERVICE
23

24 on the interested parties in this action by placing a true copy thereof enclosed in a sealed

25 envelope with postage thereon fully prepaid in the United States mail at San Francisco,

26 California, addressed as follows:

27

28

-1-

ODMA\PCDOCS\DOCSCAL\202033\1                                            PROOF OF SERVICE

WASHINGTON MUTUAL BANK
Office of the General Counsel
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, California 94105

|   |   |
|---|---|
| Michael Cavendish<br>550 Water Street, Suite 941<br>Jacksonville, FL 32202<br>Tel:   (904) 354-3387<br>Fax:   (904) 354-2170<br>*Co-Counsel for Plaintiff,*<br>*WASHINGTON MUTUAL BANK* | Stephen D. Milbrath<br>Gregory B. Allen<br>ALLEN, DYER, DOPPELT MILBRATH<br>   & GILCHRIST, P.A.<br>225 So. Orange Avenue, Suite 1401<br>Orlando, FL 32802<br>Tel:   (407) 841-2330<br>Fax:   (407) 841-2343<br>*Attorneys for Defendant,*<br>*CALIFORNIA MORTGAGE GROUP* |

☑ (By Mail – Federal)  I placed such envelope with postage thereon fully prepaid in the United States mail at San Francisco, California.

☐ (By Mail – State)  I am readily familiar with the Office of the General Counsel's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the above date according to the Office of the General Counsel's ordinary business practices.

☐ (By Personal Service)  I caused such envelope to be delivered by hand to the addressee(s).

☐ (By Overnight Mail)  I caused such envelope to be delivered by overnight mail to the intended recipient as stated above in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the above date according to the Office of the General Counsel's ordinary business practices for shipping overnight mail.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 2nd day of July 2007.

*signature*
GAMAE M. THORNTON