**ORIGINAL**



FILED

JUL - 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WASHINGTON MUTUAL BANK, a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CAPITAL GROUP, INC., et al.,<br><br>Defendant(s). | Case No. C-07-03055 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
|---|---|

Michael Cavendish, an active member in good standing of the bar of Florida, whose business address and telephone number is: 550 Water Street, Suite 941, Jacksonville, Florida 32202; Telephone: (904) 354-3387, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Washington Mutual Bank.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/3/07

MAXINE M. CHESNEY
United States District Court Judge

ODMA\PCDOCS\DOCSCAL\201730\1                    [PROPOSED] *PRO HAC VICE* ORDER