Clerk's Use Only

Initial for fee paid:

Michael Cavendish
GUNSTER, YOAKLEY & STEWART P.A.
550 Water Street, Suite 941
Jacksonville, Florida 32202
(904) 354-3387 Telephone
(904) 354-2170 Facsimile

Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

ORIGINAL FILED
07 AUG 10 PM 12:10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WASHINGTON MUTUAL BANK, a Federal Savings Bank, as Successor at Law to Long Beach Mortgage Company, | Case No. C 07-03055 MMC |
|---|---|
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| UNIFIED CAPITAL GROUP, INC., et al., | |
| Defendant. | |

    I am employed in the County of Duval, State of Florida. I am over the age of 18 and not a party to the within action; my business address is 550 Water Street, Suite 941, Jacksonville, Florida 32202.

    On July 20, 2007, I served the following documents described as:

    1.    Order Setting Initial Case Management Conference and ADR Deadlines;

    2.    Guidelines;

    3.    ADR Dispute Resolution Procedures; and

    4.    ECF Registration Information Handout

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Jacksonville, Florida, addressed as follows:

. . .

-1-

WPB 946131.1

Clerk's Use Only

Initial for fee paid:

1  Gregory B. Allen
2  Stephen D. Milbrath
   Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
3  225 So. Orange Avenue, Suite 1401
   Orlando, Florida 32802
4  (407) 841-2330 Telephone
   (407) 8412-2343 Facsimile
5

6
   Attorneys for Defendant
7
   o    [By Mail – Federal] I placed such envelope with postage thereon fully prepaid in the
8         United States mail at Jacksonville, Florida.

9  o    [By Mail – State] I am readily familiar with Gunster, Yoakley & Stewart P.A.'s practice
10        for the collection and processing of correspondence for mailing with the United States
          Postal Service; such envelope will be deposited with the United States Postal Service on
11        the above date in the ordinary course of business at the business address shown above;
          and such envelope was placed for collection and mailing on the above date according to
12        Gunster, Yoakley & Stewart P.A.'s ordinary business practices.

13
   o    [By Overnight Mail] I caused such envelope to be delivered by overnight mail to the
14        intended recipient as stated above in the ordinary course of business at the business
          address shown above; and such envelope was placed for collection and mailing on the
15        above date according to Gunster, Yoakley & Stewart P.A.'s ordinary business practices
          for shipping overnight mail.
16

17 o    [State] I declare under penalty of perjury under the laws of the State of Florida that the
          above is true and correct.
18
   o    [Federal] I declare that I am admitted to practice before this Court via *pro hac vice*.
19
   Dated this 20th July, 2007.
20

21                                                    _____
                                                      MICHAEL CAVENDISH
22

-2-

WPB 946131.1