1  David W. Lively, Bar No. 83642
   dlively@hopkinscarley.com
2  Dori L. Yob, Bar No. 227364
   dyob@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:   (408) 286-9800
8  Facsimile:   (408) 998-4790

9  Attorneys for Defendant
   UNIFIED CAPITAL GROUP, INC.

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group also known as California Mortgage Group, Inc.,<br><br>Defendant. | CASE NO. 07-03055-MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNIFIED CAPITAL GROUP, INC.** |
|---|---|

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Defendant Unified Capital Group, Inc. (incorrectly named herein as "United Capital Group, Inc.") (hereinafter "Unified Capital") substitutes its counsel and attorney of record in this matter:

/ / /

/ / /

/ / /

541846.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNIFIED CAPITAL GROUP, INC. 07-03055-MMC

1 **FORMER ATTORNEY:**

2  Defendant Unified Capital's former counsel:

3  Stephen D. Milbrath, Esq. (Florida Bar No. 239194)
   smilbrath@addmg.com
4  Gregory B. Allen, Esq. (Florida Bar No. 550752)
   gallen@addmg.com
5  Allen, Dyer, Doppelt, Milbrath & Gilchrist PA
6  255 S. Orange Avenue, Suite 1401
   P. O. Box 3791
7  Orlando, FL 32802-3791
   Telephone: (904) 470-0002
8  Facsimile: (904) 493-6166

9  is no longer its attorney in this matter.

10 **NEW ATTORNEY:**

11  Defendant Unified Capital's new counsel in this matter and Unified Capital's new

12 attorney of record on whom all notices and papers may be served is:

13  David W. Lively, (California Bar No. 83642)
    dlively@hopkinscarley.com
14  Dori L. Yob, (California Bar No. 227364)
    dyob@hopkinscarley.com
15  HOPKINS & CARLEY
    A Law Corporation
16  The Letitia Building
    70 S First Street
17  San Jose, CA 95113-2406

18  *mailing address:*
    P.O. Box 1469
19  San Jose, CA 95109-1469
    Telephone:  (408) 286-9800
20  Facsimile:  (408) 998-4790

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

541846.1                         - 2 -

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNIFIED CAPITAL GROUP, INC. 07-03055-MMC

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: July 25, 2007

_____
Derrick White, President and CEO,
Unified Capital Group, Inc.

Dated: July 9th, 2007

ALLEN, DYER, DOPPELT, MILBRATH & GILCHRIST PA

By: _____
Gregory B. Allen, Esq.
Former Attorneys for
UNIFIED CAPITAL GROUP, INC.

Dated: July 31, 2007

HOPKINS & CARLEY
A Law Corporation

By: _____
David W. Lively
Attorneys for Defendant
UNIFIED CAPITAL GROUP, INC.

IT IS SO ORDERED:

Dated: July ___, 2007

_____
UNITED STATES DISTRICT JUDGE

541846.1

- 3 -

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNIFIED CAPITAL GROUP, INC. 07-03055-MMC