1  David W. Lively, Bar No. 83642
   dlively@hopkinscarley.com
2  Dori L. Yob, Bar No. 227364
   dyob@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:   (408) 286-9800
8  Facsimile:   (408) 998-4790

9  Attorneys for Defendant
   UNIFIED CAPITAL GROUP, INC.

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group also known as California Mortgage Group, Inc.,<br><br>Defendant. | CASE NO. 07-03055-MMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNIFIED CAPITAL GROUP, INC. ; ORDER THEREON** |
|---|---|

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

TAKE NOTICE that Defendant Unified Capital Group, Inc. (incorrectly named herein as "United Capital Group, Inc.") (hereinafter "Unified Capital") substitutes its counsel and attorney of record in this matter:

///

///

///

541846.1

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNIFIED CAPITAL GROUP, INC. 07-03055-MMC

**FORMER ATTORNEY:**

Defendant Unified Capital's former counsel:

Stephen D. Milbrath, Esq. (Florida Bar No. 239194)
smilbrath@addmg.com
Gregory B. Allen, Esq. (Florida Bar No. 550752)
gallen@addmg.com
Allen, Dyer, Doppelt, Milbrath & Gilchrist PA
255 S. Orange Avenue, Suite 1401
P. O. Box 3791
Orlando, FL 32802-3791
Telephone: (904) 470-0002
Facsimile: (904) 493-6166

is no longer its attorney in this matter.

**NEW ATTORNEY:**

Defendant Unified Capital's new counsel in this matter and Unified Capital's new attorney of record on whom all notices and papers may be served is:

David W. Lively, (California Bar No. 83642)
dlively@hopkinscarley.com
Dori L. Yob, (California Bar No. 227364)
dyob@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:  (408) 998-4790

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## SUBSTITUTION BASED ON CONSENT

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

Dated: July 25, 2007

_____
Derrick White, President and CEO,
Unified Capital Group, Inc.

Dated: July 9th, 2007

ALLEN, DYER, DOPPELT, MILBRATH &
GILCHRIST PA

By: _____
Gregory B. Allen, Esq.
Former Attorneys for
UNIFIED CAPITAL GROUP, INC.

Dated: July 31, 2007

HOPKINS & CARLEY
A Law Corporation

By: _____
David W. Lively
Attorneys for Defendant
UNIFIED CAPITAL GROUP, INC.

IT IS SO ORDERED:

Dated: ~~July~~ August 16, 2007

_____
UNITED STATES DISTRICT JUDGE

541846.1

- 3 -

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNIFIED CAPITAL GROUP, INC. 07-03055-MMC