Clerk's Use Only
Initial for fee paid:

1  Michael Cavendish
2  GUNSTER, YOAKLEY & STEWART P.A.
   550 Water Street, Suite 941
3  Jacksonville, Florida 32202
   (904) 354-3387 Telephone
4  (904) 354-2170 Facsimile
5
6  Attorneys for Plaintiff
   WASHINGTON MUTUAL BANK
7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a Federal Savings Bank, as Successor at Law to Long Beach Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>UNIFIED CAPITAL GROUP, INC., et al.,<br><br>Defendant. | Case No.   07-03055 MMC<br><br>CERTIFICATE OF SERVICE |

I am employed in the County of Duval, State of Florida. I am over the age of 18 and not a party to the within action; my business address is 550 Water Street, Suite 941, Jacksonville, Florida 32202.

On September 6, 2007, I served the following document described as:

1) ADR Certification by Parties

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Jacksonville, Florida, addressed as follows:

. . .

-1-

WPB 946131.1

Clerk's Use Only

Initial for fee paid:

1  David W. Lively
2  Dori L. Yob
   Hopkins & Carley
3  70 South First Street
   San Jose, California 95113
4  (408) 286-9800 Telephone
   (408) 998-4790 Facsimile
5

6  Attorneys for Defendant

7  ☒  [By Mail – Federal] I placed such envelope with postage thereon fully prepaid in the United States mail at Jacksonville, Florida.
8

9  ☒  [By Mail – State] I am readily familiar with Gunster, Yoakley & Stewart P.A.'s practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the above date according to Gunster, Yoakley & Stewart P.A.'s ordinary business practices.
10
11
12

13 ○  [By Overnight Mail] I caused such envelope to be delivered by overnight mail to the intended recipient as stated above in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the above date according to Gunster, Yoakley & Stewart P.A.'s ordinary business practices for shipping overnight mail.
14
15

16 ☒  [State] I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.
17

18 ☒  [Federal] I declare that I am admitted to practice before this Court via *pro hac vice*.

19 Dated this 6th of September, 2007.

20

21                                          MICHAEL CAVENDISH

22
23
24
25
26
27
28

-2-

WPB 946131.1