Michael Cavendish, Florida Bar No. 0143774
mcavendish@gunster.com
GUNSTER, YOAKLEY, & STEWART, P.A.
550 Water Street, Suite 941
Jacksonville, FL 32202
Telephone: (904) 354-3387
Facsimile: (904) 354-2170

Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group also known as California Mortgage Group, Inc.,<br><br>Defendant. | CASE NO. 07-03055-MMC<br><br>JUDGE: MAXINE M. CHESNEY<br><br>**MOTION TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE (MICHAEL CAVENDISH): [PROPOSED] ORDER**<br><br>Date: September 21, 2007<br>Time: 10:30 a.m. |

PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual"), in the interests of economy and in light of the fact that the parties have been in agreement on the material aspects of the subjects to be addressed at the Court's case management conference, respectfully moves this Court for an order granting permission to its counsel Michael Cavendish to appear at the September 21, 2007 10:30 a.m. Initial Case Management Conference in this action by telephone, in accordance with the Court's local rules and conventions.

GUNSTER YOAKLEY
JACKSONVILLE, FL

Dated: September 12, 2007

GUNSTER, YOAKLEY & STEWART, P.A.

By: _____
Michael Cavendish
Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered to the following via CM/ECF electronic notification and first class U.S. Mail this 12th day of September, 2007:

David Lively
Dori Yob
Hopkins & Carley
P.O. Box 1469
San Jose, CA 95109-1469

Counsel for Defendant

_____
ATTORNEY

MOTION TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE

## **ORDER**

The Motion to Appear By Telephone submitted by Plaintiff Washington Mutual Bank is hereby adopted by the Court, and Michael Cavendish, counsel for the plaintiff, is granted the Court's permission to appear by telephone at the September 21, 2007 10:30 a.m. pacific time Initial Case Management Conference in this matter. Counsel shall access the Court by telephone by following these instructions:

Dated: _____, 2007

                                                             United States District Court Judge