1  David W. Lively, Bar No. 83642
dlively@hopkinscarley.com
2  Dori L. Yob, Bar No. 227364
dyob@hopkinscarley.com
3  HOPKINS & CARLEY
A Law Corporation
4  The Letitia Building
70 S First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
P.O. Box 1469
7  San Jose, CA 95109-1469
Telephone:      (408) 286-9800
8  Facsimile:      (408) 998-4790

9  Attorneys for Defendant
UNITED CAPITAL GROUP, INC.
10

UNITED STATES DISTRICT COURT
11
NORTHERN DISTRICT OF CALIFORNIA
12

13

14  WASHINGTON MUTUAL BANK, a
federal savings bank, as successor at law to
Long Beach Mortgage Company,
15

Plaintiff,
16

17  v.

18  UNITED CAPITAL GROUP, INC., a
California corporation dba California
19  Mortgage Group also known as California
Mortgage Group, Inc.,
20

Defendant.

CASE NO.  07-03055-MMC

**UNIFIED CAPITAL'S ANSWER TO
AMENDED COMPLAINT**

**[DEMAND FOR JURY TRIAL]**

21

22        Defendant Unified Capital Group, Inc. (erroneously sued herein as "United Capital Group,

23  Inc.) (hereinafter "Unified Capital" or "Defendant"), by and through its undersigned counsel,

24  answers Plaintiff Washington Mutual Bank's (hereinafter "Plaintiff" or "Washington Mutual")

25  amended complaint as follows (hereinafter the "Amended Complaint"):

**ANSWER**

26        1.        Answering paragraph 1 of the Amended Complaint, Unified Capital lacks

27  sufficient information or belief to answer the allegations of paragraph 1, and on that basis denies

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

544338.1

UNIFIED CAPITAL'S ANSWER TO AMENDED COMPLAINT
07-03055-MMC

1    each and every allegation of paragraph 1.

2         2.      Answering paragraph 2 of the Amended Complaint, Unified Capital admits that it

3    is a California corporation that does business out of its office at 1723 Hamilton, Suite 200, San

4    Jose, CA, 95113 and that it maintains a website located at www.ucglending.com. Except as

5    admitted, Unified Capital denies each and every allegation of paragraph 2 of the Amended

6    Complaint.

7         3.      Answering paragraph 3 of the Amended Complaint, Unified Capital denies the

8    allegations contained therein.

9         4.      Answering paragraph 4 of the Amended Complaint, Unified Capital admits the

10   allegations contained therein.

11        5.      Answering paragraph 5 of the Amended Complaint, Unified Capital denies the

12   allegations contained therein.

13        6.      Answering paragraph 6 of the Amended Complaint, Unified Capital lacks

14   sufficient information or belief to answer the allegations of paragraph 6, and on that basis denies

15   each and every allegation of paragraph 6.

16        7.      Answering paragraph 7 of the Amended Complaint, Unified Capital lacks

17   sufficient information or belief to answer the allegations of paragraph 7, and on that basis denies

18   each and every allegation of paragraph 7.

19        8.      Answering paragraph 8 of the Amended Complaint, Unified Capital admits it is a

20   residential Mortgage Banker Correspondent that also brokers loans to wholesale lending

21   institutions. Except as admitted, Unified Capital denies each and every allegation of paragraph 8

22   of the Amended Complaint.

23        9.      Answering paragraph 9 of the Amended Complaint, Unified Capital lacks

24   sufficient information or belief to answer the allegations of paragraph 9, and on that basis denies

25   each and every allegation of paragraph 9.

26        10.     Answering paragraph 10 of the Amended Complaint, Unified Capital lacks

27   sufficient information or belief to answer the allegations of paragraph 10, and on that basis denies

28   each and every allegation of paragraph 10.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

544338.1                                        - 2 -
UNIFIED CAPITAL'S ANSWER TO AMENDED COMPLAINT
07-03055-MMC

11.     Answering paragraph 11 of the Amended Complaint, Unified Capital admits that on or about January 20, 2005, Unified Capital entered into a Correspondent Loan Agreement (hereinafter the "Agreement") with Long Beach Mortgage Company whereby Unified Capital agreed to sell residential loans to Long Beach Mortgage pursuant to certain terms and conditions. Except as admitted, Unified Capital denies each and every allegation of paragraph 11 of the Amended Complaint.

12.     Answering paragraph 12 of the Amended Complaint, Unified Capital admits that the Agreement incorporated the terms of the Long Beach Mortgage Correspondent Lender Seller Guide (hereinafter the "Seller Guide") which was subsequently sent to Unified Capital in San Jose, California.   Except as admitted, Unified Capital denies each and every allegation of paragraph 12 of the Amended Complaint.

13.     Answering paragraph 13 of the Amended Complaint, Unified Capital denies the allegations contained therein.

14.     Answering paragraph 14 of the Amended Complaint, Unified Capital admits section 604, page 34 of the Seller Guide states, in part: "If the first Monthly Payment due on the related Mortgage Loan immediately following the applicable Closing Date made by the related Mortgagor is thirty (30) days or more delinquent (or such first Monthly Payment has been made but the payment has been reversed), the Correspondent, at LBMC's option, shall property repurchase such Mortgage Loan at the repurchase Price within five (5) Business Days of receipt of notice from LMBC in accordance with the procedures set forth in Section 603." Except as admitted, Unified Capital denies each and every allegation of paragraph 14 of the Amended Complaint.

15.     Answering paragraph 15 of the Amended Complaint, Unified Capital denies the allegations contained therein.

16.     Answering paragraph 16 of the Amended Complaint, Unified Capital denies the allegations contained therein.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

544338.1

- 3 -

UNIFIED CAPITAL'S ANSWER TO AMENDED COMPLAINT
07-03055-MMC

17.    Answering paragraph 17 of the Amended Complaint, Unified Capital lacks sufficient information or belief to answer the allegations of paragraph 17, and on that basis denies each and every allegation of paragraph 17.

18.    Answering paragraph 18 of the Amended Complaint, Unified Capital denies the allegations contained therein.

19.    Answering paragraph 19 of the Amended Complaint, Unified Capital denies the allegations contained therein.

20.    Answering paragraph 20 of the Amended Complaint, Unified Capital denies the allegations contained therein.

21.    Answering paragraph 21 of the Amended Complaint, Unified Capital denies the allegations contained therein.

22.    Answering paragraph 22 of the Amended Complaint, Unified Capital lacks sufficient information or belief to answer the allegations of paragraph 22, and on that basis denies each and every allegation of paragraph 22.

## AFFIRMATIVE DEFENSES

1.    As and for a FIRST and separate Affirmative Defense, Unified Capital alleges that the Amended Complaint fails to state facts sufficient to constitute a claim for relief as to Unified Capital.

2.    As and for a SECOND and separate Affirmative Defense, Unified Capital alleges that damages suffered by Plaintiff, if any, were proximately caused by the acts of third parties over whom Unified Capital had no control.

3.    As and for a THIRD and separate Affirmative Defense, Unified Capital alleges that each claim pleaded in the Amended Complaint against Unified Capital is barred by the applicable statue of limitations.

4.    As and for a FOURTH and separate Affirmative Defense, Unified Capital alleges that Plaintiff has unreasonably and inexcusably delayed in presenting its alleged claims, and such delay caused substantial prejudice to Unified Capital.  Accordingly, each claim against Unified Capital is barred by the doctrine of laches.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

544338.1

- 4 -

UNIFIED CAPITAL'S ANSWER TO AMENDED COMPLAINT
07-03055-MMC

5.      As and for a FIFTH and separate Affirmative Defense, Unified Capital alleges that Plaintiff comes into this Court with unclean hands.

6.      As and for a SIXTH and separate Affirmative Defense, Unified Capital alleges that the causes of action alleged in the Amended Complaint are barred, in whole or in part, in that Plaintiff failed to perform certain conditions precedent to any duty of Unified Capital.

7.      As and for a SEVENTH and separate Affirmative Defense, Unified Capital alleges that the causes of action alleged in the Amended Complaint are barred, in whole or in part, in that the Plaintiff failed to mitigate the amount of its damages, if any

8.      As and for a EIGHTH and separate Affirmative Defense, Unified Capital alleges that the Plaintiff has failed to bring specific claims against the real party in interest, and instead has brought this action against Unified Capital.

9.      As and for the NINTH and separate Affirmative Defense, Unified Capital alleges that Plaintiff was careless and negligent in and about the matters referred to in the Amended Complaint, and such carelessness and negligence proximately contributed to and/or was the sole proximate contributing cause of the alleged failure to pay referred to and any resulting damages or injuries, if any there be.

10.     As and for the TENTH and separate Affirmative Defense, Unified Capital is informed and believes and upon the basis thereof alleges that the damages or harm, if any, sustained herein was the result of the negligence, strict liability, fault, breach of contract, and/or responsibility of persons, corporations, partnerships, or entities other than Unified Capital, including Plaintiff herein, and the acts, omissions, or liability of such were the sole or partial proximate cause of the alleged damages or harm, if any, claimed in this action.

11.     As and for the ELEVENTH and separate Affirmative Defense, Unified Capital alleges that the alleged injuries or damages suffered by Plaintiff, if any there be, were the sole proximate result of the misconduct of parties other than Unified Capital.

12.     As and for the TWELFTH and separate Affirmative Defense, Unified Capital alleges that the Amended Complaint, and each cause of action thereof, is barred by a failure and/or lack of consideration, and Plaintiff cannot state a cause of action thereunder.

Hopkins & Carley
Attorneys At Law
San Jose

544338.1

- 5 -

UNIFIED CAPITAL'S ANSWER TO AMENDED COMPLAINT
07-03055-MMC

1    13.    As and for the THIRTEENTH and separate Affirmative Defense,  Unified Capital

2    alleges that performance under the contract, if any, was excused and Plaintiff's claim is barred by

3    the doctrine of commercial frustration in that Unified Capital was not required to perform the

4    contract, if any, under the conditions that existed at the time for performance, if any.

5                                                    **PRAYER**

6        WHEREFORE, Unified Capital prays for judgment in its favor as follows:

7        9.    That Washington Mutual take nothing by way of its Amended Complaint;

8        10.    For its attorneys' fees;

9        11.    For costs of suit incurred herein; and

10       12.    For such other and further relief as the court deems proper and just.

11                                               **JURY DEMAND**

12       Defendant hereby demands trial by jury.

13   Dated: September 14, 2007                   HOPKINS & CARLEY
                                                 A Law Corporation
14

15

16                                               By: /s/ David W. Lively
                                                 David W. Lively
17                                               Attorneys for Defendant
                                                 UNITED CAPITAL GROUP, INC.
18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

544338.1                                          - 6 -
UNIFIED CAPITAL'S ANSWER TO AMENDED COMPLAINT
07-03055-MMC