**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

E-filing

Date: SEP 21 2007

C-07-3055-MMC

WASHINGTON MUTUAL BANK v. UNITED CAPITAL GROUP, INC.

Attorneys: Michael Cavendish    Dori Yob
           Noel Johnson

Deputy Clerk: TRACY LUCERO    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference — INITIAL (by phone)

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 6/13/08.
Meet & confer by 7/28/08.   Joint statement due by 6/20/08

(✓) ORDER TO BE PREPARED BY:  Plntf___ Deft___ Court ✓
(✓) Referred to ~~Magistrate~~ ADR For: MEDIATION
           (✓) By Court
(✓) CASE CONTINUED TO 6/27/08 @ 10:30 for FURTHER STATUS CONFERENCE

Discovery Cut-Off  4/4/08    Expert Discovery Cut-Off  5/30/08
π/Δ ~~Plntf~~ to Name Experts by 4/25/08   π/Δ REBUTTAL ~~Deft~~ to Name Experts by 5/9/08

P/T Conference Date 9/2/08 @ 3:00   Trial Date 9/15/08 @ 9:00   Set for 5-10 days
Type of Trial: (✓) Jury   ( ) Court

Notes: 11/1/07 — DEADLINE to AMEND PLEADINGS.

cc: Chamber file; ADR/MED