NOEL C. JOHNSON, ESQ. (SBN 175397)
Office of the General Counsel
WASHINGTON MUTUAL BANK
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, CA 94105
Tel:    (415) 278-4527
Fax:    (415) 278-6012

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a Federal Savings Bank, as Successor at Law to Long Beach Mortgage Company,<br><br>                    Plaintiff,<br><br>    v.<br><br>UNIFIED CAPITAL GROUP, INC., et al.,<br><br>                    Defendant. | Case No. C 07-03055 MMC<br><br>**NOTICE OF APPEARANCE OF NOEL C. JOHNSON**<br><br><br><br>Judge: The Honorable Maxine M. Chesney |

NOTICE IS HEREBY GIVEN THAT: NOEL C. JOHNSON is appearing as co-counsel for Plaintiff, Washington Mutual Bank. Copies of all future pleadings, correspondence, etc. relating to the above-captioned matter should be furnished to Washington Mutual Bank, Office of the General Counsel, 201 Mission Street, 12th Floor, Mail Stop: CSSF112, San Francisco, California 94105. The e-mail address for Mr. Johnson is: noel.johnson@wamu.net.

Dated: _____December 10, 2007_____

WASHINGTON MUTUAL BANK
Office of the General Counsel

By:_____
NOEL C. JOHNSON, ESQ.

Attorneys for Defendant
WASHINGTON MUTUAL BANK

-1-

WASHINGTON MUTUAL BANK
Office of the General Counsel
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, California 94105

**PROOF OF SERVICE**

1.      I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 201 Mission Street, 12th Floor, Mail Stop CSSF112, San Francisco, California 94105.

2.      On December 10, 2007, I hereby certify that I electronically filed the foregoing document described as NOTICE OF APPEARANCE OF NOEL C. JOHNSON with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Electronic Mail Notice List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 10th day of December 2007.

_____
GAMAE M. THORNTON

**ELECTRONIC MAIL NOTICE LIST**

David W. Lively
HOPKINS & CARLEY
70 S. First Street
San Jose, CA 951113
Tel:    (408) 286-9800
Fax:    (408) 998-4790
Email: dlively@hopkinscarley.com

Dori Lynn Yob
HOPKINS & CARLEY
70 S. First Street
San Jose, CA 95113
Tel:    (408) 286-9800
Fax:    (408) 998-4790
Email: dyob@hopkinscarley.com

**MANUAL NOTICE LIST**

No Manual Recipients.

WASHINGTON MUTUAL BANK
Office of the General Counsel
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, California 94105

::ODMA\PCDOCS\DOCSCAL\208063\1                                    **PROOF OF SERVICE**