**FILED**

DEC 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Washington Mutual Bank, | No. C 07-03055 MMC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| United Capital Group, Inc., | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _12-12-07_

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____
   ☒ phone discussions ~~expected by (date)~~ (with and without principals) will take place over the next month in a genuine effort to arrive at a resolution of this case
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: _12-12-07_

_____
Mediator, Robert L. Maines
355 Ambar Way
Menlo Park, CA 94025

**Certification of ADR Session**
07-03055 MMC MED