1  Michael Cavendish, Florida Bar No. 0143774
   mcavendish@gunster.com
2  GUNSTER, YOAKLEY, & STEWART, P.A.
   550 Water Street, Suite 941
3  Jacksonville, FL 32202
   Telephone:  (904) 354-3387
4  Facsimile:  (904) 354-2170

5  Attorneys for Plaintiff
   WASHINGTON MUTUAL BANK
6

7                UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA
9

10 WASHINGTON MUTUAL BANK, a          CASE NO. 07-03055-MMC
   federal savings bank, as successor at law to
11 Long Beach Mortgage Company,       JUDGE: MAXINE M. CHESNEY
12                Plaintiff,          **NOTICE OF CHANGE OF ADDRESS-
                                      MICHAEL CAVENDISH**
13         v.
14 UNITED CAPITAL GROUP, INC., a
   California corporation dba California
15 Mortgage Group also known as California
   Mortgage Group, Inc.,
16
17                Defendant.
18
19
20     Notice is hereby given that the below named attorney, counsel of
21
22 record in this action, has moved and has the following new address:
23 Michael Cavendish
   Gunster, Yoakley & Stewart, P.A.
24 225 Water Street, Suite 1750
   Jacksonville, FL 32202-5185
25 (904) 354-1980 (Phone)
   (904) 350-5955 (Fax)
26 mcavendish@gunster.com
27
28

GUNSTER YOAKLEY
JACKSONVILLE, FL

NOTICE OF CHANGE OF ADDRESS – MICHAEL CAVENDISH

| | | |
|---|---|---|
| 1 | Dated: January 30, 2008 | GUNSTER, YOAKLEY & STEWART, P.A. |

By: ss/Michael Cavendish
Michael Cavendish
Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered to the following via CM/ECF electronic notification and first class U.S. Mail this 30th day of January, 2008:

David Lively
Dori Yob
Hopkins & Carley
P.O. Box 1469
San Jose, CA 95109-1469

Counsel for Defendant                    ss/Michael Cavendish
                                         ATTORNEY