NOEL C. JOHNSON, ESQ. (SBN 175397)
Office of the General Counsel
WASHINGTON MUTUAL BANK
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, CA 94105
Tel:   (415) 278-4527
Fax:   (415) 278-6012

MICHAEL CAVENDISH*
(Florida Bar No. 0143774)
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Tel:   (904) 350-7171
Fax:   (904) 350-5955
*Admitted pro hac vice

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>                        Plaintiff,<br><br>    v.<br><br>UNIFIED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group, also known as California Mortgage Group, Inc.,<br><br>                        Defendant. | Case No. C 07-03055 MMC<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date:   July 11, 2008<br>Time:  9:00 a.m.<br>Dept.:  7<br>Judge: The Honorable Maxine M. Chesney |

1   NOTICE IS HEREBY GIVEN that Plaintiff Washington Mutual Bank ("Washington Mutual") shall call up for hearing on July 11, 2008 at 9:00 a.m. Plaintiff's Motion for Summary Judgment, including incorporated memorandum of law and supporting affidavits.

Dated: _____May 29, 2008_____

WASHINGTON MUTUAL BANK
Office of the General Counsel


By: ____/s/_____
NOEL C. JOHNSON, ESQ.

Attorneys for Defendant
WASHINGTON MUTUAL BANK

---

-1-

::ODMA\PCDOCS\DOCSCAL\213603\1          **NOTICE OF MOTION FOR SUMMARY JUDGMENT**