```
NOEL C. JOHNSON, ESQ. (SBN 175397)
Office of the General Counsel
WASHINGTON MUTUAL BANK
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, CA 94105
Tel:   (415) 278-4527
Fax:   (415) 278-6012

MICHAEL CAVENDISH*
(Florida Bar No. 0143774)
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Tel:   (904) 350-7171
Fax:   (904) 350-5955
```
*Admitted pro hac vice*

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIFIED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group, also known as California Mortgage Group, Inc.,<br><br>　　　　　Defendant. | Case No. C 07-03055 MMC<br><br>**PROOF OF SERVICE**<br><br><br>Date:   July 11, 2008<br>Time:   9:00 a.m.<br>Dept.:   7<br>Judge: The Honorable Maxine M. Chesney |

　　　I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 201 Mission Street, 12th Floor, Mail Stop CSSF112, San Francisco, California 94105.

　　　On June 2, 2008, I hereby certify that I electronically filed the documents described as:

　　　1.　　PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT;

　　　2.　　PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;

-1-

Case 3:07-cv-03055-MMC    Document 28    Filed 06/02/2008    Page 2 of 3

3. [PROPOSED] ORDER GRANTING PLATINFF'S MOTION FOR SUMMARY JUDGMENT; and

4. PROOF OF SERVICE

with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Electronic Mail Notice List in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this 2nd day of June 2008.

/s/
GAMAE M. THORNTON

**ELECTRONIC MAIL NOTICE LIST**

***ATTORNEYS FOR PLAINTIFF***:

Michael Cavendish
GUNSTER, YOAKLERY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Tel:   (904) 350-7171
Fax:   (904) 350-5955
e-mail: mcavendish@gunster.com

Michael W. Marcil
GUNSTER, YOAKLERY & STEWART, P.A.
500 E. Broward Boulevard, Suite 1400
Broward Financial Circle
Ft. Lauderdale, FL 33394-4636
Tel:   (954) 468-1385
Fax:   (954) 523-1722
e-mail: mmarcil@gunster.com

::ODMA\PCDOCS\DOCSCAL\202033\1                                                **PROOF OF SERVICE**

***ATTORNEYS FOR DEFENDANT***:

David W. Lively
Dori Lynn Yob
HOPKINS & CARLEY
The Letitia Building
70 S. First Street
San Jose, CA 951113
Tel:   (408) 286-9800
Fax:   (408) 998-4790
e-mail: dlively@hopkinscarley.com
e-mail: dyob@hopkinscarley.com

## **MANUAL NOTICE LIST**

**Chambers Copy Delivered To Judge**:

The Honorable Maxine M. Chesney
Judge of the United States District Court
Northern District of California
Department 7
450 Golden Gate Avenue
San Francisco, CA 94102