| | |
|---|---|
| 1 | NOEL C. JOHNSON, ESQ. (SBN 175397) |
|   | Office of the General Counsel |
| 2 | WASHINGTON MUTUAL BANK |
|   | 201 Mission Street, 12th Floor |
| 3 | Mail Stop CSSF112 |
|   | San Francisco, CA 94105 |
| 4 | Tel:   (415) 278-4527 |
|   | Fax:  (415) 278-6012 |

MICHAEL CAVENDISH*
(Florida Bar No. 0143774)
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Tel:   (904) 350-7171
Fax:  (904) 350-5955
*Admitted pro hac vice

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIFIED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group, also known as California Mortgage Group, Inc.,<br><br>　　　　　　　　　Defendant. | Case No. C 07-03055 MMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br><br>Date:   July 11, 2008<br>Time:  9:00 a.m.<br>Dept.:  7<br>Judge: The Honorable Maxine M. Chesney |

In accordance with the provision of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

-1-
::ODMA\PCDOCS\DOCSCAL\213962\1                              **CONSENT TO PROCEED BEFORE MAGISTRATE**

1  the entry of a final judgment. Appeal from the judgment shall be taken directly to the United
2  States Court of Appeals for the Ninth District.

3  Dated:     June 10, 2008            WASHINGTON MUTUAL BANK
4                                      Office of the General Counsel

6              By:     /s/
                       NOEL C. JOHNSON, ESQ.

7                      Attorneys for Defendant
8                      WASHINGTON MUTUAL BANK