NOEL C. JOHNSON, ESQ. (SBN 175397)
Office of the General Counsel
WASHINGTON MUTUAL BANK
201 Mission Street, 12th Floor
Mail Stop CSSF112
San Francisco, CA 94105
Tel:    (415) 278-4527
Fax:    (415) 278-6012

MICHAEL CAVENDISH*
(Florida Bar No. 0143774)
GUNSTER, YOAKLEY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Tel:    (904) 350-7171
Fax:    (904) 350-5955
*Admitted pro hac vice

Attorneys for Plaintiff,
WASHINGTON MUTUAL BANK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNIFIED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group, also known as California Mortgage Group, Inc.,<br><br>                    Defendant. | Case No. C 07-03055 MMC<br><br>**PROOF OF SERVICE**<br><br><br><br><br><br>Date:   July 11, 2008<br>Time:  9:00 a.m.<br>Dept.:  7<br>Judge:  The Honorable Maxine M. Chesney |

     I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 201 Mission Street, 12th Floor, Mail Stop CSSF112, San Francisco, California 94105.

     On June 10, 2008, I hereby certify that I electronically filed the documents described as:

1.     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; and

2.     PROOF OF SERVICE

::ODMA\PCDOCS\DOCSCAL\202033\1                                        **PROOF OF SERVICE**

with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being

served this day on all counsel of record or *pro se* parties identified on the below Electronic Mail

Notice List in the manner specified, either via transmission of Notices of Electronic filing

generated by CM/ECF, or in some other authorized manner for those counsel or parties who are

not authorized to receive electronically Notices of Electronic Filing.

I declare that I am employed in the office of a member of the bar of this court at whose

direction the service was made.

Executed this 10th day of June 2008.

/s/
<br>
GAMAE M. THORNTON

### ELECTRONIC MAIL NOTICE LIST

***ATTORNEYS FOR PLAINTIFF***:

Michael Cavendish
GUNSTER, YOAKLERY & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Tel:    (904) 350-7171
Fax:    (904) 350-5955
e-mail: mcavendish@gunster.com

Michael W. Marcil
GUNSTER, YOAKLERY & STEWART, P.A.
500 E. Broward Boulevard, Suite 1400
Broward Financial Circle
Ft. Lauderdale, FL 33394-4636
Tel:    (954) 468-1385
Fax:    (954) 523-1722
e-mail: mmarcil@gunster.com

***ATTORNEYS FOR DEFENDANT***:

David W. Lively
Dori Lynn Yob
HOPKINS & CARLEY
The Letitia Building
70 S. First Street
San Jose, CA 951113
Tel:    (408) 286-9800
Fax:    (408) 998-4790
e-mail: dlively@hopkinscarley.com
e-mail: dyob@hopkinscarley.com

::ODMA\PCDOCS\DOCSCAL\202033\1                                                    **PROOF OF SERVICE**

1

2

## **MANUAL NOTICE LIST**

3

**Chambers Copy Delivered To Judge**:

4
The Honorable Maxine M. Chesney
Judge of the United States District Court
Northern District of California

5
Department 7
450 Golden Gate Avenue

6
San Francisco, CA 94102

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

::ODMA\PCDOCS\DOCSCAL\202033\1                                        **PROOF OF SERVICE**