

1   Michael Cavendish, Florida Bar No. 0143774
    mcavendish@gunster.com
2   GUNSTER, YOAKLEY, & STEWART, P.A.
    225 Water Street, Suite 1750
3   Jacksonville, FL 32202-5185
    Telephone:   (904) 350-7171
4   Facsimile:   (904) 350-5955

5   Attorneys for Plaintiff
    WASHINGTON MUTUAL BANK
6
    David W. Lively
7   dlively@hopkinscarley.com
    HOPKINS & CARLEY
8   The Letitia Building
    70 S. First Street
9   San Jose, CA 95113-2406
    Telephone: (408) 286-9800
10  Facsimile (408) 998-4790

11  Attorneys for Defendant
    UNIFIED CAPITAL GROUP, INC.
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17  WASHINGTON MUTUAL BANK, a          CASE NO.  07-03055-MMC
    federal savings bank, as successor at law to
18  Long Beach Mortgage Company,        JUDGE: MAXINE M. CHESNEY

19                 Plaintiff,          **JOINT STIPULATION FOR CHANGING
                                       TIME OF JUNE 27, 2008 STATUS
20          v.                         CONFERENCE:**

21  UNIFIED CAPITAL GROUP, INC., a     **[PROPOSED] ORDER**
    California corporation dba California
22  Mortgage Group also known as California  Date: June 27, 2008
    Mortgage Group, Inc.,              Time: 10:30 a.m.
23
                   Defendant.
24

25

26
            PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual") and Defendant
27
    UNIFIED CAPITAL GROUP, INC. ("Unified"), pursuant to Local Rule 6-2, now jointly
28

GUNSTER YOAKLEY
JACKSONVILLE, FL

                        STIPULATION FOR ORDER CHANGING TIME

stipulate and request the entry of an Order changing the time of the scheduled June 27, 2008

10:30 a.m. Status Conference until a date falling after the scheduled July 11, 2008 hearing on

Washington Mutual's motion for summary judgment.

As part of their stipulation and in support of their request, the parties stipulate to the

following:

1.    Pursuant to Local Rule 6-2(a)(1), the particular need for the postponement of the

June 27, 2007 Status Conference is reflected in the fact that:

a.    the parties will appear before the Court on July 11, 2007 for oral argument

on Washington Mutual's pending motion for summary judgment;

b.    have already completed mediation, and;

c.    are not aware of any matter between them that requires presentation to the

Court other than their argument on summary judgment, such that;

d.    it is in the interest of economy and clarity to postpone the Status

Conference until after the Court takes argument on summary judgment on July 11th.

2.    Pursuant to Local Rule 6-2(a)(2), other than a joint request for enlargement of

briefing time while this case was pending in the Middle District of Florida (prior to transfer),

there have been no previous time modifications in  this case.

3.    Pursuant to Local Rule 6-2(a)(3), because mediation has completed and the only

remaining phases of this case are summary judgment and trial, the requested postponement

should not have an effect on the remaining schedule of this case.

4.    Fed. R. Civ. P. 16(b) provides that no deadline shall be continued except by good

cause shown. Fed. R. Civ. P. 16(b). Local Rule 6-2 Provides that the parties desiring to extend the

time of a previously set deadline may by joint stipulation petition the Court for the change of time

desired. N.D. Cal. LR 6-2.

5.    Pursuant to Local Rule 7-12, the parties have incorporated into this request an endorsement area for the Court's signature, as a proposed form of order. N.D. Cal. L.R. 7-12.

WHEREFORE, pursuant to Local Rule 6-2, PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual") and Defendant UNIFIED CAPITAL GROUP, INC. ("Unified"), pursuant to Local Rule 6-2, stipulate and request the entry of an Order changing the time of the scheduled June 27, 2008 10:30 a.m. Status Conference until a date falling after the scheduled July 11, 2008 hearing on Washington Mutual's motion for summary judgment, and for such other and further relief as is just and proper.

Dated: June 18, 2008

HOPKINS & CARLEY                                    GUNSTER, YOAKLEY & STEWART, P.A.

By: _____                      By: _____
David W. Lively                                     Michael Cavendish
Attorneys for Defendant                             Attorneys for Plaintiff
UNIFIED CAPITAL GROUP, INC.                         WASHINGTON MUTUAL BANK

1

**ORDER**

2       The joint Stipulation for Order Changing Time submitted by Plaintiff Washington Mutual

3  Bank and Defendant Unified Capital Group, Inc. is hereby adopted by the Court, and the June 27,

4  2008 10:30 a.m. pacific time Status Conference in this matter is reset to

5  _____, 2008 at _____ ___.

6

7

8

9

10

11

12

13

14  Dated: _____, 2008

15

16

17                                   _____
                                     United States District Judge

18

19

20

21

22

23

24

25

26

27

28