1  David W. Lively, Bar No. 83642
   dlively@hopkinscarley.com
2  Dori L. Yob, Bar No. 227364
   dyob@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Defendant
   UNITED CAPITAL GROUP, INC.

10

                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  WASHINGTON MUTUAL BANK, a            CASE NO.  07-03055-MMC
    federal savings bank, as successor at law to
14  Long Beach Mortgage Company,         **NOTICE REGARDING DEFENDANT'S
                                         RESPONSE TO MOTION FOR
15              Plaintiff,               SUMMARY JUDGMENT**

16         v.                            Date:      July 11, 2008
                                         Time:      9:00 a.m.
17  UNITED CAPITAL GROUP, INC., a        Judge:     Honorable Maxine M.Chesney
    California corporation dba California
18  Mortgage Group also known as California
    Mortgage Group, Inc.,
19
                Defendant.
20

21         Due to the current financial condition of the company, defendant United Capital Group,

22  Inc. hereby advises the court and counsel that it is not in a position to file a written opposition to

23  the motion for summary judgment filed by Washington Mutual Bank on or about June 2, 2008.

24  Dated: June 20, 2008                  HOPKINS & CARLEY
                                          A Law Corporation
25

26                                       By:  /s/  Dori L. Yob
                                              Dori L. Yob
27                                            Attorneys for Defendant
                                              UNITED CAPITAL GROUP, INC.
28