UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIFIED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group, also known as California Mortgage Group, Inc.,<br><br>　　　　　　　　　　Defendant. | Case No. C 07-03055 MMC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ; VACATING STATUS CONFERENCE**<br><br>Date:　July 11, 2008<br>Time:　9:00 a.m.<br>Dept.:　7<br>Judge: The Honorable Maxine M. Chesney |

1  Plaintiff Washington Mutual Bank ("Washington Mutual") has submitted a motion for summary judgment seeking the entry of summary final judgment upon its single-count claim for breach of a written agreement for the purchase and sale of mortgage loans. Upon receiving the Washington Mutual and defendant's notice that it will not file opposition, and, upon arguments of ~~the parties and~~ review of the motion, the Court determines that Washington Mutual has demonstrated an entitlement to the liquidated contract damages it seeks for the breach committed by defendant Unified Capital Group, Inc. dba California Mortgage Group aka California Mortgage Group, Inc. ("Unified") when Unified failed to repurchase upon demand two loans sold pursuant to the parties' written agreement that suffered early payment defaults, defined in the Seller Guide incorporated by reference into the parties' written agreement as a delinquency of thirty or more days in the first payment owed to Washington Mutual after the sale of the loan.

Therefore, it is **ADJUDGED**:

1. Washington Mutual's motion for summary judgment is GRANTED; and

2. The Clerk of the Court shall enter final judgment in favor of Washington Mutual and against Defendant Unified Capital Group, Inc. dba California Mortgage Group aka California Mortgage Group, Inc. in the sum of $243,229.64, plus pre-judgment interest thereon at the rate of seven percent per annum pursuant to Art. 15, sec. 1 of the California Constitution, from the date of the filing of this action until the date of the issuance of the final judgment, and post-judgment interest on any unpaid portion thereof beginning twenty (20) days after the issuance of the final judgment at the rate of the weekly average 1-year constant maturity Treasury yield in effect on the date of issuance; and

3. Washington Mutual is entitled to recover its reasonable attorney's fees, and is directed to within thirty (30) days hereof submit affidavits and such other proofs as are necessary demonstrating the necessity, reasonableness, and amount of its fees incurred in prosecuting this action.

4. The June 27, 2008 Status Conference is hereby VACATED.

IT IS SO ORDERED.

Dated: June 20, 2008

_____
Honorable Maxine M. Chesney
United States District Court Judge

-1-

::ODMA\PCDOCS\DOCSCAL\213644\1         **[PROPOSED] ORDER**