IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,

        Plaintiff,

 v.

UNIFIED CAPTIAL GROUP, INC., a California corporation dba California Mortgage Group, also known as California Mortgage Group, Inc.,

        Defendant.

No. CV-07-3055 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

1. Washington Mutual's motion for summary judgment is GRANTED; and

2. Final judgment is entered in favor of Washington Mutual and against Defendant Unified Mortgage Group, Inc. In the sum of $243,229.64, plus pre-judgment interest thereon, at the rate of seven percent per annum pursuant to Art. 15, sec. 1 of the California Constitutuion, from the date of the filing of this action until the date of the issuance of the final judgment, and post-judgment interest on any unpaid portion thereof beginnig twenty (20) days after the issuance of the final judgment at the rate of the weekly average 1-year constant maturity Treasury yield in effect on the date of issuance; and

3. Washington Mutual is entitled to recover its reasonable attorney's fees, and is directed to within thirty (30) days hereof submit affidavits and such other proofs as are necessary demonstrating the necessity, reasonableness, and amount of its fees incurred in prosecuting this action.

Dated: June 23, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk