Michael Cavendish, Florida Bar No. 0143774
mcavendish@gunster.com
GUNSTER, YOAKLEY, & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL  32202-5185
Telephone:   (904) 350-7171
Facsimile:    (904) 350-5955

NOEL C. JOHNSON, ESQ., SBN 175397
OFFICE OF THE GENERAL COUNSEL
201 MISSION STREET, 12th FLOOR
SAN FRANCISCO, CALIFORNIA 94105
Telephone: (415) 278-4527
Facsimile: (415) 278-6012

Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>UNIFIED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group also known as California Mortgage Group, Inc.,<br><br>Defendant. | CASE NO.  07-03055-MMC<br><br>JUDGE: MAXINE M. CHESNEY<br><br>**PLAINTIFF'S BILL OF COSTS: DECLARATION OF MICHAEL CAVENDISH** |

PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual"), pursuant to Local Rule 54-1, respectfully submits the following Bill of Costs:

As set forth in the supporting Declaration of Michael Cavendish, incorporated herein at page 3, Washington Mutual has incurred the following taxable costs:

1. Filing fee paid to Clerk of Court in Duval County, Florida.

   **Amount: 256.00**

2. Fees paid to process server for original service of process upon Defendant.

   **Amount: 189.00**

3. Costs of reproduction of documents produced as initial disclosures/discovery

   **Amount: 100.00**

   **TOTAL COSTS      $545.00**

4. Rule 54(d)(1) of the Federal Rules creates the presumption that a prevailing party will be awarded its taxable costs. *See Delta Airlines, Inc. v. August*, 450 U.S. 346 (1981). The local rules of this Court outline the procedures for requesting costs. Local Rule 54-1(a) provides that a prevailing party claiming taxable costs must serve and file a bill of costs. N.D.Cal. Civ. R. 54-1(a). Allowable taxable costs are defined in 28 U.S.C. § 1920 and in Local Rule 54-3. *See Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437 (1987); N.D.Cal. Civ. R. 54-3. Each of the actual costs set forth above are taxable pursuant to these standards.

   WHEREFORE, pursuant to Local Rule 54-1, PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual") respectfully requests the entry of a notice taxing costs as set forth above and in the amounts set forth above, and for such other and further relief as is just and proper.

Dated: June 25, 2008

                                        GUNSTER, YOAKLEY & STEWART, P.A.

                                        By: _____
                                            Michael Cavendish
                                            Attorneys for Plaintiff
                                            WASHINGTON MUTUAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered to the following via CM-ECF electronic filing service and via first class U.S. Mail, this 25th day of June, 2008:

David Lively
Dori Yob
Hopkins & Carley
P.O. Box 1469
San Jose, CA 95109-1469

Counsel for Defendant

_____
ATTORNEY

# EXHIBIT A

## DECLARATION OF MICHAEL CAVENDISH AS TO TAXABLE COSTS

1. My name is Michael Cavendish and I am a counsel of record in this case representing Plaintiff Washington Mutual Bank. This Declaration is given by me in support of Washington Mutual's Bill of Costs. I have personal knowledge of the following.

2. Washington Mutual has paid and incurred the following costs that are taxable pursuant to Local Rule 54-3, Standards for Taxing Costs:

a. Filing fee paid to Clerk of Court in Duval County, Florida.

   **Amount: 256.00**

b. Fees paid to process server for original service of process upon Defendant

   **Amount: 189.00**

c. Costs of reproduction of documents produced as initial disclosures/discovery

   **Amount: 100.00**

   **TOTAL COSTS    $545.00**

I make this Declaration under penalty of perjury this 25th day of June, 2008.

_____
Michael Cavendish