1  Michael Cavendish, Florida Bar No. 0143774
   mcavendish@gunster.com
2  GUNSTER, YOAKLEY, & STEWART, P.A.
   225 Water Street, Suite 1750
3  Jacksonville, FL 32202-5185
   Telephone:  (904) 350-7171
4  Facsimile:  (904) 350-5955

5  NOEL C. JOHNSON, ESQ., SBN 175397
   OFFICE OF THE GENERAL COUNSEL
6  201 MISSION STREET, 7th FLOOR
   SAN FRANCISCO, CA 94105
7  Telephone: (415) 278-4527
   Facsimile: (415) 278-6012

8
   Attorneys for Plaintiff
9  WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>UNIFIED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group also known as California Mortgage Group, Inc.,<br><br>Defendant. | CASE NO. 07-03055-MMC<br><br>JUDGE: MAXINE M. CHESNEY<br><br>**PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES:**<br><br>**Exhibit A**<br>**DECLARATION OF MICHAEL CAVENDISH:**<br>**Exhibit B**<br>**PROPOSED ORDER** |

PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual"), in accordance with the Court's Order and Judgment of June 20, 2008, and pursuant to Local Rule 54-6, respectfully submits this application for prevailing party attorney's fees, and states as follows:

1. This action was originally filed on March 27, 2007 in the state courts of Jacksonville, Duval County, Florida, was removed by the Defendant to the United States District Court for the Middle District of Florida, Jacksonville Division, was on June 12, 2007 transferred by joint stipulation to this Court, was the subject of an unsuccessful mediation with a Court-appointed mediator on December 12, 2007, and was the subject of Washington Mutual's motion for summary judgment as of June 2, 2008, which motion for summary judgment was granted with final judgment entering in favor of Washington Mutual on June 20, 2008.

2. The contract that was the subject of Washington Mutual's claim in this action provided for an award of attorney's fees to the party prevailing in a dispute arising from it. *See* Amended Complaint at para. 21. The Court's Order of June 20, 2008 granting Washington Mutual's summary judgment motion acknowledges Washington Mutual's contractual entitlement to attorney's fees and directs Washington Mutual to make application for the same. *See* Order of June 20, 2008 (Dkt. 32).

3. As set forth in the attached declaration of Michael Cavendish, Washington Mutual's reasonable attorney's fees incurred in this action are the following:

| *Attorney* | *Role* | *Hourly Rate* | *Hours* | *Description* | *Total Fees* |
|---|---|---|---|---|---|
| Michael Cavendish | Attorney and trial counsel | $258.00 | 80 | Outside counsel and trial counsel from inception/pre-suit stage through summary judgment | $20,640.00 |
| | | | **TOTAL FEES** | | **$20,640.00** |

4. As is set forth in the attached declaration of Michael Cavendish, the foregoing fees were

necessary to the resolution of this action and the result achieved, and are reasonable and appropriate to the amount and type of work performed and the experience of counsel.

5. As is set forth in the attached declaration of Michael Cavendish, the foregoing fees are less than those charged, on average, in the Jacksonville, Florida legal marketplace, for legal work of the sort this action required.

WHEREFORE, pursuant to Local Rule 54-6, PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual") respectfully requests the entry of an order awarding it reasonable attorney's fees incurred of $20,640.00 and for such other and further relief as is just and proper.

Dated: July 8, 2008

                    GUNSTER, YOAKLEY & STEWART, P.A.

                    By: _____
                    Michael Cavendish
                    Attorneys for Plaintiff
                    WASHINGTON MUTUAL BANK

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered to the following via CM-ECF electronic filing service and via first class U.S. Mail, this 8th day of July, 2008:

David Lively
Dori Yob
Hopkins & Carley
P.O. Box 1469
San Jose, CA 95109-1469

Counsel for Defendant

_____
ATTORNEY