# EXHIBIT A

## DECLARATION OF MICHAEL CAVENDISH AS TO ATTORNEY'S FEES

1. My name is Michael Cavendish and I am a counsel of record in this case representing Plaintiff Washington Mutual Bank. This Declaration is given by me in support of Washington Mutual's Application for Attorney's Fees. I have personal knowledge of the following.

2. My attorneys' fees incurred <u>to date</u> in prosecuting the now-completed action before this Court, the United States District Court for the Middle District of Florida, and the Circuit Court, Fourth Judicial Circuit in and for Duval County, Florida, are as follows:

**FEES**

| ATTORNEY | RATE | HOURS BILLED | TOTAL |
|---|---|---|---|
| (M. Cavendish) | $258.00 | 80 | $20,640.00 |

3. The foregoing fees were kept and recorded using detailed time entry and billing software maintained by my law firm.

4. The foregoing fees represent a reasonable amount of legal labor for the necessary tasks of pre-suit investigation and file review, pleading drafting, motion practice, mediation, dispositive motions, and attendant case management functions.

5. The foregoing fees resulted in a victory for Washington Mutual, and gave rise to the briefs and papers filed of record in this action, which speak for themselves.

6. The foregoing fees do not exceed rates charged for similar work by other attorneys in the area of commercial litigation, and are in fact relatively low and lower than average for the Jacksonville, Florida legal market.

7. I am a partner with the law firm of Gunster Yoakley and have practiced commercial litigation and commercial law with an emphasis in banking disputes and the

secondary mortgage market for 9 years.

I make this Declaration under penalty of perjury this 8th day of July, 2008.

_____
Michael Cavendish