1

**EXHIBIT B**

2

3                UNITED STATES DISTRICT COURT

4               NORTHERN DISTRICT OF CALIFORNIA

5

| | |
|---|---|
| 6  WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to 7  Long Beach Mortgage Company, | CASE NO.  07-03055-MMC |
| | JUDGE: MAXINE M. CHESNEY |
| 8                Plaintiff, | **ORDER AWARDING ATTORNEYS FEES** |
| 9    v. | |
| 10 UNITED CAPITAL GROUP, INC., a California corporation dba California 11 Mortgage Group also known as California Mortgage Group, Inc., | |
| 12 | |
| 13              Defendant. | |
| 14 | |

15

16          Plaintiff Washington Mutual Bank ("Washington Mutual") has submitted an application

17  for prevailing party attorney's fees.  Upon review and consideration of the factors for attorney fee

18  awards set forth at N.D. Cal. L.R. 54-6, the Court determines that Washington Mutual has

19  demonstrated an entitlement to reasonable attorney's fees in the amount of $20,640.00, and

20  Therefore, it is **ADJUDGED**:

21          1.      Washington Mutual's application for award of attorney's fees is GRANTED; and

22
23          2.      Washington Mutual Bank shall have and recover against Defendant Unified

24  Capital Group, Inc. dba California Mortgage Group aka California Mortgage Group, Inc.

25  reasonable attorney's fees in the amount of $20,640.00.

26          IT IS SO ORDERED.

27
                                                    _____
28                                                  Hon. Maxine M. Chesney