IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, | No. C 07-3055 MMC |
| Plaintiff, | **ORDER RE: PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES** |
| v. | |
| UNIFIED CAPITAL GROUP, INC., | |
| Defendant. / | |

The Court is in receipt of plaintiff's application for attorney's fees, filed July 8, 2008. Plaintiff has failed, however, to notice said motion for hearing in compliance with the Civil Local Rules of this District. See Civil L.R. 7-1, 7-2.

Accordingly, plaintiff is hereby DIRECTED to file, no later than July 18, 2008, a notice scheduling his motion for hearing in accordance with Civil Local Rule 7-2. If such notice is not timely filed, the motion will be denied.

**IT IS SO ORDERED.**

Dated: July 16, 2008

MAXINE M. CHESNEY
United States District Judge