Michael Cavendish, Florida Bar No. 0143774*
mcavendish@gunster.com
GUNSTER, YOAKLEY, & STEWART, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Telephone:   (904) 350-7171
Facsimile:   (904) 350-5955
*admitted pro hac vice

NOEL C. JOHNSON, ESQ., SBN 175397
OFFICE OF THE GENERAL COUNSEL
201 MISSION STREET, 7th FLOOR
SAN FRANCISCO, CA 94105
Telephone: (415) 278-4527
Facsimile: (415) 278-6012

Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>Plaintiff,<br><br>v.<br><br>UNIFIED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group also known as California Mortgage Group, Inc.,<br><br>Defendant. | CASE NO. 07-03055-MMC<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR APPLICATION FOR ATTORNEY'S FEES:**<br><br>Date: September 26, 2008<br>Time: 9:00 a.m.<br>Dept. 7<br>Judge: The Honorable Maxine M. Chesney |

NOTICE IS HEREBY GIVEN that PLAINTIFF, WASHINGTON MUTUAL BANK, ("Washington Mutual"), shall call up for hearing on September 26, 2008 at 9:00 a.m. Washington Mutual's Application for Attorney's Fees, including supporting memoranda and affidavits.

Dated: July 17, 2008

GUNSTER, YOAKLEY & STEWART, P.A.

By: _____
Michael Cavendish
Attorneys for Plaintiff
WASHINGTON MUTUAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered to the following via CM-ECF electronic filing service and via first class U.S. Mail, this 17th day of July, 2008:

David Lively
Dori Yob
Hopkins & Carley
P.O. Box 1469
San Jose, CA 95109-1469

Counsel for Defendant

_____
ATTORNEY