~~EXHIBIT B~~

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHINGTON MUTUAL BANK, a federal savings bank, as successor at law to Long Beach Mortgage Company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED CAPITAL GROUP, INC., a California corporation dba California Mortgage Group also known as California Mortgage Group, Inc.,<br><br>　　　　　　Defendant. | CASE NO. 07-03055-MMC<br><br>JUDGE: MAXINE M. CHESNEY<br><br>**ORDER AWARDING ATTORNEYS FEES** |

　　　Plaintiff Washington Mutual Bank ("Washington Mutual") has submitted an application for prevailing party attorney's fees. Upon review and consideration of the factors for attorney fee and no opposition thereto having been filed, awards set forth at N.D. Cal. L.R. 54-6, the Court determines that Washington Mutual has demonstrated an entitlement to reasonable attorney's fees in the amount of $20,640.00, and Therefore, it is **ADJUDGED**:

　　　1.　　Washington Mutual's application for award of attorney's fees is GRANTED; and

　　　2.　　Washington Mutual Bank shall have and recover against Defendant Unified Capital Group, Inc. dba California Mortgage Group aka California Mortgage Group, Inc. reasonable attorney's fees in the amount of $20,640.00.

　　　IT IS SO ORDERED.

Dated: September 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Maxine M. Chesney